```
ROSENDO GONZALEZ (State Bar No. 137352)
GONZALEZ & ASSOCIATES, P.L.C.
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013
Telephone: (213) 452-0070
Facsimile: (213) 452-0080
E-mail: rossgonzalez@gonzalezplc.com

Counsel for Rocio E. Barrera, Debtor, and
Rocio E. Barrera, as Trustee of the Rocio Barrera
Living Trust Dated March 17, 2005, Defendant
```

**FILED & ENTERED**

**MAY 25 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
BY tatum    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>ROCIO E. BARRERA,<br><br>    Debtor.<br>_____<br><br>JOHN J. MENCHAC, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>ROCIO E. BARRERA, AS TRUSTEE OF THE ROCIO BARRERA LIVING TURST DATED MARCH 17, 2005,<br><br>    Defendant.<br>_____ | BK No. 2:15-bk-13150-RK<br>    [Chapter 7]<br><br><br><br><br><br><br>Adv. No. 2:16-ap-01185-RK<br><br>ORDER RE: STIPULATION TO CONTINUE: (i) DEADLINE TO RESPOND TO COMPLAINT, AND (ii) STATUS CONFERENCE<br><br><br><br><br>DATE:  [No Hearing Scheduled]<br>TIME:<br>PLACE: |

The stipulation between Rocio E. Barrera, as Trustee of the Rocio Living Trust dated March 17, 2005, the defendant in this adversary proceeding (the "Defendant"), and John J. Menchaca, the bankruptcy trustee in this case and the plaintiff

- 1 - -

Order#308143#1201b510-0574-406d-b2b1-647f9412fefe
5/25/2016 RG

in this adversary proceeding (the "Plaintiff"), seeking the continuance of: (i) the June 1, 2016 deadline to file a responsive pleading to the complaint, and (ii) the June 14, 2016 status conference (the "Stipulation"), came before the Honorable Robert N. Kwan, United States Bankruptcy Judge presiding. Based on the evidence presented and good cause appearing therefor, it is hereby

ORDERED:

1. The Stipulation is approved as provided herein.

2. The June 1, 2016 deadline to serve a responsive pleading to the Plaintiff's complaint is extended to June 27, 2016. **(Note: At the risk of being hypertechnical, the court notes for the parties that the deadline to respond to a complaint in Federal Rule of Bankruptcy Procedure 7012 refers to service as opposed to filing, though the response must be filed pursuant to Federal Rule of Bankruptcy Procedure 7005, making Federal Rule of Civil Procedure ("Civil Rule") 5 applicable to this adversary proceeding.  Pursuant to Civil Rule 5(d), the response to a complaint need not be filed on the same day as it is served, but it "must be filed within a reasonable time after service.")**

///

3. The June 14, 2016 status conference is continued to July 19, 2016, at 2:30 p.m.

###

Date: May 25, 2016

Robert Kwan
United States Bankruptcy Judge

- 3 - -

Order#308143#1201b510-0574-406d-b2b1-647f9412fefe
5/25/2016 RG